```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GEOSYMM VENTURES LLC,                                       :
                                                            :
                              Plaintiff,                    :
                                                            :            24-CV-6232 (VSB)
             -against-                                      :
                                                            :                 ORDER
CIPHERHEALTH INC.,                                          :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on August 19, 2024.  (Doc. 1.)  Plaintiff filed an affidavit of service on November 20, 2024, indicating that Defendant was served on September 3, 2024.  (Doc. 11.)  The deadline for Defendant to respond to Plaintiff's complaint was September 24, 2024.  Plaintiff then filed another affidavit of service on December 6, 2024, indicating that Defendant was served on November 27, 2024.  (Doc. 14.)  The deadline for Defendant to respond to Plaintiff's complaint was December 18, 2024.

      To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 10, 2025.  If Plaintiff fails to do so or otherwise demonstrate an intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: December 19, 2024
New York, New York

*Vernon Broderick*
VERNON S. BRODERICK
United States District Judge