```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GEOSYMM VENTURES LLC,                                       :
                                                            :
                            Plaintiff,                      :
                                                            :            24-CV-6232 (VSB)
              -against-                                     :
                                                            :                 ORDER
CIPHERHEALTH INC.,                                          :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On December 19, 2024, Plaintiff filed a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Procedure. (Doc. 16.) Rule 41(a)(1)(A)(i) states that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendant has not served either an answer or a motion for summary judgment in this action and is therefore dismissed. Although a court order is not required under Rule 41(a)(1)(A)(i), for the avoidance of doubt, the Clerk of Court is respectfully directed to terminate this case.

SO ORDERED.

Dated:   January 6, 2025
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge